ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - -

CHENER JOSEPH,

                                    Plaintiff,

vs.

GAINEY TRANSPORTATION SERVICES,
INC. and EDWARD L. ENGRAM,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No.: CV 04 1375 (Judge
Block) (MDG)

STIPULATION AND ORDER OF
DISMISSAL


IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for all parties that whereas no party hereto is an infant or incompetent person

for whom a committee has been appointed and no person not a party has an interest in the subject

matter of the action, the above-entitled action be, and the same hereby is dismissed with

prejudice, without costs to either party as against the other.


Dated: May 9, 2005
         New York, New York



Ira S. Lipsius (ISL5704)
SCHINDEL, FARMAN & LIPSIUS LLP
14 Penn Plaza, Suite 500
New York, New York 10122
Telephone No.: (212) 563-1710
Attorneys for Defendants

Timothy J. Callahan
Pops & Associates
225 Broadway, Suite 2001
New York, New York 10007
Telephone No.: (212) 732-3355
Attorney for Plaintiff


SO ORDERED:


U.S.D.J.                    5/24/05